# UNITED STATES DISTRICT COURT

## DISTRICT OF MARYLAND

CHAMBERS OF
ANDRE M. DAVIS
UNITED STATES DISTRICT JUDGE

U.S. COURTHOUSE
101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0801

August 7, 2009

The Honorable Bobby R. Baldock
Chair
Judicial Conference of the United States
    Committee on Financial Disclosure
One Columbus Circle, N.E.
Washington, D.C.   20544

Dear Judge Baldock

        Thank you for your letter dated July 14, 2009, identifying certain entries in my 2009 Financial Disclosure Report which call for my attention. As set forth below, this letter amends my report as needed.

        Part VII, page 16, line 214  is amended to delete the word "part" in column D(1);

        Part VII, page 14, line 180, is amended by the inclusion of the word sold in column D(1); and

        Part VII, page 18, line 250, is amended to include the following note in column A: "This is an income beneficiary asset."

Very truly yours,

Andre M. Davis
United States District Judge

**Davis, Andre M**

| AO 10<br>Rev. 1/2008 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Davis, Andre M. | 2. Court or Organization<br><br>District Court of Maryland | 3. Date of Report<br><br>06/15/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U S Courthouse<br>101 W. Lombard Street<br>Baltimore, MD 21201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | University of MD School of Law Board of Visitors |
| 2. Member | University of MD School of Law Dean Search Committee |
| 3. Instructor | University of MD School of Law |
| 4. Instructor | National Judicial College |
| 5. Lecturer | Pass the Marland Bar, Inc. |
| 6. Director | Open Society Institute-Baltimore |
| 7. Member of the Board | Baltimore Urban Debate League, Inc. |
| 8. Member of the Board | Community Law in Action, Inc. |

RECEIVED 2009 JUN 22 A 11: 01 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/24/2008 | State of MD | $3,750.00 |
| 2. 3/1/2008 | Pass the Maryland Bar, Inc. | $1,008.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 12/31/2008 | Fusion Partnerships, Inc. |
| 2. 12/31/2008 | Self Employed Education Consultant |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. National Judicial College | April 14-18, 2008 | Sedona, AZ | CLE Course/NJC | Transportation, Lodging, and Food |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sovereign Ba | Mortgage on Rental Property/ Eastham, MA | O |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank Accounts | B | Interest | K | T | | | | | |
| 2. Capital One Accounts | A | Interest | J | T | | | | | |
| 3. Bank of America Accounts | B | Interest | L | T | | | | | |
| 4. Superior Bank of N.E. | A | Interest | | | Merged (with line 2) | 3/31 | | | |
| 5. Western Asset Money Market | A | Distribution | | | Closed | 8/31 | J | | |
| 6. Smith Barney Money Market Account | A | Distribution | | | Closed | 3/31 | J | | |
| 7. Berkshire Hathaway Class B Stock | | None | | | Sold (part) | 4/3 | K | D | |
| 8. -- | | None | | | Buy (add'l) | 5/22 | K | | |
| 9. -- | | None | | | Sold (part) | 11/6 | K | | |
| 10. -- | | None | | | Sold | 12/15 | K | | |
| 11. China Mobile, Ltd. Common Stock | A | Dividend | | | Buy | 1/31 | J | | |
| 12. -- | | | | | Buy | 2/19 | J | | |
| 13. -- | | | | | Buy | 4/1 | J | | |
| 14. -- | | | | | Sold | 8/6 | K | | |
| 15. CountryWide Fin. Common Stock | | None | | | Buy (add'l) | 1/7 | J | | |
| 16. -- | | | | | Sold | 1/11 | K | | |
| 17. Ebay Common Stock | | None | | | Sold | 2/20 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Google Common Stock | | None | K | T | Buy (add'l) | 1/23 | J | | |
| 19. -- | | | | | Buy (add'l) | 4/28 | J | | |
| 20. -- | | | | | Buy (add'l) | 8/22 | J | | |
| 21. -- | | | | | Buy (add'l) | 10/2 | J | | |
| 22. -- | | | | | Sold (part) | 2/20 | K | | |
| 23. -- | | | | | Sold (part) | 3/3 | J | B | |
| 24. -- | | | | | Sold (part) | 7/18 | J | B | |
| 25. -- | | | | | Sold (part) | 10/29 | K | | |
| 26. Legg Mason Common Stock | A | Dividend | K | T | Buy (add'l) | 11/6 | J | | |
| 27. -- | | | | | Buy (add'l) | 11/11 | J | | |
| 28. -- | | | | | Buy (add'l) | 12/15 | J | | |
| 29. -- | | | | | Sell | 1/11 | K | | |
| 30. Level 3 Communications Common Stock | | None | | | Buy (add'l) | 6/3 | J | | |
| 31. -- | | | | | Buy (add'l) | 6/5 | J | | |
| 32. -- | | | | | Sold (part) | 5/22 | J | A | |
| 33. -- | | | | | Sell | 8/22 | K | | |
| 34. MBIA Common Stock | | None | | | Sold | 1/7 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Roper Indus. Common Stock | | None | K | T | Buy | 10/30 | J | | |
| 36. -- | | | | | Buy (add'l) | 11/6 | J | | |
| 37. -- | | | | | Sold (part) | 12/4 | J | | |
| 38. Sirius Sat. Radio Common Stock | | None | | | Buy (add'l) | 3/6 | J | | |
| 39. -- | | | | | Buy (add'l) | 8/25 | J | | |
| 40. -- | | | | | Sold (part) | 10/30 | J | | |
| 41. -- | | | | | Sold | 11/18 | J | | |
| 42. Sprint Nextel Common Stock | | None | | | Buy | 1/18 | J | | |
| 43. -- | | | | | Sold | 3/11 | J | | |
| 44. Stifel Financial Common Stock | | None | | | Buy | 5/22 | K | | |
| 45. -- | | | | | Buy | 6/2 | J | | |
| 46. -- | | | | | Buy | 6/5 | J | | |
| 47. -- | | | | | Sold | 7/31 | K | C | |
| 48. Sun Microsystem Common Stock | | None | | | Buy | 1/23 | J | | |
| 49. -- | | | | | Buy | 2/7 | J | | |
| 50. -- | | | | | Sold (part) | 5/29 | J | | |
| 51. -- | | | | | Sold | 6/3 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52 Suntech Power Hldgs Common Stock | | None | K | T | Buy | 3/6 | K | | |
| 53. .. | | | | | Buy (add'l) | 4/15 | J | | |
| 54. -- | | | | | Buy (add'l) | 4/16 | J | | |
| 55. -- | | | | | Buy (add'l) | 4/28 | J | | |
| 56. -- | | | | | Buy (add'l) | 10/3 | K | | |
| 57. -- | | | | | Buy (add'l) | 10/29 | J | | |
| 58. -- | | | | | Buy (add'l) | 12/4 | J | | |
| 59. -- | | | | | Sold (part) | 2/22 | K | A | |
| 60. -- | | | | | Sold (part) | 4/3 | K | | |
| 61. -- | | | | | Sold (part) | 5/22 | K | | |
| 62. Whole Foods Common Stock | | None | | | Buy | 8/6 | J | | |
| 63. -- | | | | | Sold | 8/26 | J | | |
| 64. Yahoo Common Stock | | None | | | Buy (add'l) | 1/23 | J | | |
| 65. -- | | | | | Sold | 2/1 | J | D | |
| 66. AES Corp. Common Stock | | None | K | T | Buy | 3/8 | J | | |
| 67. -- | | | | | Buy (add'l) | 3/11 | J | | |
| 68. -- | | | | | Buy (add'l) | 7/8 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Apartment Investment & Management Co Class A Common Stock | A | Dividend | J | T | Buy | 12/4 | J | | |
| 70. Bank of America Common Stock | | None | J | T | Buy | 1/11 | K | | |
| 71. -- | | | | | Buy (add'l) | 5/29 | K | | |
| 72. -- | | | | | Buy (add'l) | 12/15 | J | | |
| 73. -- | | | | | Sold (part) | 2/7 | K | B | |
| 74. -- | | | | | Sold (part) | 6/2 | K | | |
| 75. Clean Energy Fuels Corp. Common Stock | | None | J | T | Buy | 2/21 | K | | |
| 76. -- | | | | | Buy (add'l) | 2/22 | J | | |
| 77. -- | | | | | Buy (add'l) | 5/20 | J | | |
| 78. -- | | | | | Buy (add'l) | 10/29 | J | | |
| 79. -- | | | | | Buy (add'l) | 12/4 | J | | |
| 80. -- | | | | | Sold (part) | 4/28 | J | C | |
| 81. -- | | | | | Sold (part) | 6/5 | K | | |
| 82. -- | | | | | Sold (part) | 8/22 | J | B | |
| 83. General Electric Common Stock | | None | K | T | Buy | 10/2 | K | | |
| 84. Hewlett Packard Common Stock | A | Dividend | K | T | Buy | 5/21 | K | | |
| 85. -- | | | | | Buy (add'l) | 5/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -- | | | | | Sold | 8/15 | T | | |
| 87. Johnson & Johnson Common Stock | | None | K | T | Buy | 12/15 | K | | |
| 88. JP Morgan Chase Common Stock | A | Dividend | | | Buy | 5/29 | K | | |
| 89. -- | | | | | Buy (add'l) | 6/22 | J | | |
| 90. -- | | | | | Buy (add'l) | 6/3 | J | | |
| 91. -- | | | | | Sold | 8/6 | K | | |
| 92. Merck Common Stock | | None | K | T | Buy | 10/2 | K | | |
| 93. Qwest Communications Common Stock | | None | J | T | Buy | 11/18 | J | | |
| 94. -- | | | | | Buy (add'l) | 12/4 | J | | |
| 95. Starbucks Common Stock | | None | J | T | Buy | 8/15 | J | | |
| 96. -- | | | | | Buy (add'l) | 8/25 | J | | |
| 97. -- | | | | | Buy (add'l) | 12/15 | J | | |
| 98. -- | | | | | Sold (part) | 11/11 | J | | |
| 99. Verizon Common Stock | | None | K | T | Buy | 11/11 | K | | |
| 100. Amazon Common Stock | | None | | | Buy | 2/19 | K | | |
| 101. -- | | | | | Buy (add'l) | 2/20 | J | | |
| 102. -- | | | | | Buy (add'l) | 2/28 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -- | | | | | Sold | 4/22 | K | C | |
| 104. American International Group Common Stock | | None | | | Buy | 5/9 | K | | |
| 105. -- | | | | | Sold | 5/21 | K | | |
| 106. Amgen Common Stock | | None | | | Buy | 2/20 | K | | |
| 107. -- | | | | | Buy (add'l) | 4/11 | J | | |
| 108. -- | | | | | Buy (add'l) | 4/23 | J | | |
| 109. -- | | | | | Sold | 7/7 | K | C | |
| 110. Apple Common Stock | | None | | | Buy | 1/23 | K | | |
| 111. -- | | | | | Buy (add'l) | 1/29 | J | | |
| 112. -- | | | | | Buy (add'l) | 1/31 | J | | |
| 113. -- | | | | | Sold (part) | 4/11 | K | B | |
| 114. -- | | | | | Sold | 4/23 | K | D | |
| 115. Applied Materials Inc. Common Stock | A | Dividend | | | Buy | 4/3 | K | | |
| 116. -- | | | | | Buy (add'l) | 4/4 | J | | |
| 117. -- | | | | | Sold | 10/2 | K | | |
| 118. Aqua America Common Stock | | None | | | Buy | 3/6 | K | | |
| 119. -- | | | | | Sold | 3/25 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Babcock & Brown Wind Partners Common Stock | | None | | | Buy | 4/15 | J | | |
| 121. -- | | | | | Sold | 5/9 | J | A | |
| 122. Bristol Myers Squibb Common Stock | A | Dividend | | | Buy | 6/4 | J | | |
| 123. -- | | | | | Sold | 7/21 | J | A | |
| 124. Calpine Corp. Common Stock | | None | | | Buy | 3/11 | K | | |
| 125. -- | | | | | Buy (add'l) | 7/30 | K | | |
| 126. -- | | | | | Sold (part) | 5/22 | K | C | |
| 127. -- | | | | | Sold | 8/25 | K | A | |
| 128. Chesapeake Energy Corp. Common Stock | | None | | | Buy | 7/30 | K | | |
| 129. -- | | | | | Sold | 8/22 | K | B | |
| 130. EMC Corp. -Mass. Common Stock | | None | | | Buy | 4/3 | J | | |
| 131. -- | | | | | Sold | 5/9 | K | | |
| 132. Eastman Kodak Common Stock | A | Dividend | | | Buy | 5/22 | J | | |
| 133. -- | | | | | Sold | 7/31 | J | | |
| 134. First Solar Inc. Common Stock | | None | | | Buy | 10/29 | J | | |
| 135. -- | | | | | Sold | 12/4 | J | A | |
| 136. FedNatMortgageAsso Common Stock | | None | | | Buy | 8/22 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 8/27 | J | | |
| 138. -- | | | | | Sold | 8/27 | J | C | |
| 139. Fed Home Loan Mtg Corp Common Stock | | None | | | Buy | 8/6 | J | | |
| 140. -- | | | | | Buy (add'l) | 8/18 | J | | |
| 141. -- | | | | | Buy (add'l) | 8/21 | J | | |
| 142. -- | | | | | Sold | 8/27 | J | | |
| 143. Frontier Comms Corp/Citizens Comms Co. Common Stock | A | Dividend | | | Buy | 3/6 | K | | |
| 144. -- | | | | | Sold | 8/15 | K | C | |
| 145. Foster Wheeler Ltd Common Stock | | None | | | Buy | 2/27 | K | | |
| 146. -- | | | | | Buy (add'l) | 3/6 | K | | |
| 147. -- | | | | | Buy (add'l) | 3/31 | J | | |
| 148. -- | | | | | Buy (add'l) | 4/23 | J | | |
| 149. -- | | | | | Buy (add'l) | 5/29 | K | | |
| 150. -- | | | | | Buy (add'l) | 5/30 | J | | |
| 151. -- | | | | | Buy (add'l) | 7/18 | J | | |
| 152. -- | | | | | Sold (part) | 5/14 | L | D | |
| 153. -- | | | | | Sold (part) | 8/5 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. -- | | | | | Sold | 11/6 | J | | |
| 155. Home Depot Common Stock | | None | | | Buy | 7/11 | J | | |
| 156. -- | | | | | Sold | 8/18 | K | C | |
| 157. Human Genome Common Stock | | None | | | Buy | 2/20 | J | | |
| 158. -- | | | | | Buy (add'l) | 3/6 | J | | |
| 159. -- | | | | | Buy (add'l) | 4/23 | K | | |
| 160. -- | | | | | Sold (part) | 5/9 | J | | |
| 161. -- | | | | | Sold | 6/12 | K | | |
| 162. Intel Corp. Common Stock | | None | | | Buy | 10/2 | K | | |
| 163. -- | | | | | Sold | 10/30 | K | | |
| 164. Motorola Common Stock | A | Dividend | | | Buy | 2/19 | J | | |
| 165. -- | | | | | Buy (add'l) | 3/4 | J | | |
| 166. -- | | | | | Sold | 3/25 | J | | |
| 167. Pfizer Common Stock | | None | | | Buy | 5/22 | J | | |
| 168. -- | | | | | Buy (add'l) | 6/2 | J | | |
| 169. -- | | | | | Sold | 6/4 | J | | |
| 170. St Joe Company Common Stock | | None | | | Buy | 5/22 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -- | | | | | Buy (add'l) | 5/27 | J | | |
| 172. -- | | | | | Sold | 8/15 | J | | |
| 173. Garmin Ltd Common Stock | | None | | | Buy | 6/3 | K | | |
| 174. -- | | | | | Sold | 7/30 | K | | |
| 175. Lines 176 to 241 report CLOSED-END and EXCHANGE TRADED FUNDS | | | | | | | | | |
| 176. Adams Express Co. | A | Dividend | | | Buy | 2/19 | J | | |
| 177. -- | | | | | Sold (part) | 5/30 | J | | |
| 178. -- | | | | | Sold | 10/30 | K | | |
| 179. Claymore Exch-Traded Fund Tr BNY BRIC ETF | | None | | | Buy | 2/1 | K | | |
| 180. -- | | | | | | 2/20 | K | A | |
| 181. DWS RREEF Real Estate Fund II | A | Dividend | | | Sold | 1/16 | K | | |
| 182. DWS RREEE Real Estate Fund, Inc. | A | Dividend | | | Sell | 2/7 | K | B | |
| 183. Eaton Vance Tax Advantaged Global Oppty Fund | A | Dividend | | | Sell | 2/7 | K | A | |
| 184. First Tr Exchange Traded Fund Biotechnology | | None | | | Sell | 2/20 | K | | |
| 185. India Fund | A | Distribution | K | T | Buy | 4/28 | J | | |
| 186. -- | | | | | Buy (add'l) | 8/22 | K | | |
| 187. -- | | | | | Buy (add'l) | 8/27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -- | | | | | Buy (add'l) | 10/29 | J | | |
| 189. -- | | | | | Buy (add'l) | 10/30 | J | | |
| 190. -- | | | | | Buy (add'l) | 12/5 | J | | |
| 191. IShares Silver Trust | None | | L | T | Buy | 4/1 | J | | |
| 192. -- | | | | | Buy (add'l) | 4/3 | J | | |
| 193. -- | | | | | Buy (add'l) | 4/11 | J | | |
| 194. -- | | | | | Buy (add'l) | 4/28 | J | | |
| 195. -- | | | | | Buy (add'l) | 8/26 | J | | |
| 196. -- | | | | | Sold (part) | 1/7 | K | B | |
| 197. -- | | | | | Sold (part) | 1/16 | K | B | |
| 198. -- | | | | | Sold (part) | 3/4 | L | D | |
| 199. -- | | | | | Sold (part) | 10/31 | J | | |
| 200. IShares Dow Jones US Home Constr. Index Fund | None | | | | Buy | 1/7 | J | | |
| 201. -- | | | | | Sold (part) | 1/30 | K | | |
| 202. -- | | | | | Sold | 8/25 | J | A | |
| 203. IShares MSCI Japan Index Fund | None | | | | Sold (part) | 4/1 | J | | |
| 204. -- | | | | | Sold | 4/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, André M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. IShares S & P Global Clean Energy | A | Dividend | J | T | Buy | 10/30 | J | | |
| 206. -- | | | | | Buy | 12/15 | J | | |
| 207. Market Vectors ETR | | None | | | Buy | 4/25 | K | | |
| 208. -- | | | | | Buy (add'l) | 4/30 | J | | |
| 209. -- | | | | | Sold (part) | 5/29 | K | A | |
| 210. -- | | | | | Sold | 6/3 | K | B | |
| 211. Morgan Stanley China A Shares Fund | A | Dividend | K | T | Buy | 10/30 | J | | |
| 212. -- | | | | | Buy (add'l) | 12/4 | J | | |
| 213. MQuarie First Global Infras. Utils.Div. & Inc. Fund (X) | | None | | | Sold (part) | 1/16 | L | | |
| 214. -- | | | | | Sold (part) | 1/25 | J | | |
| 215. Powershares Wilderhill Clean Energy Portfolio | | None | J | T | Buy | 10/31 | J | | |
| 216. -- | | | | | Sold (part) | 10/2 | J | | |
| 217. -- | | | | | Sold (part) | 10/3 | J | | |
| 218. Powershares QQQ Trust Series 1 | A | Dividend | K | T | Buy | 12/4 | K | | |
| 219. Powershares Ex Traded FD Dynamic Clean Tech Port Trust | | None | K | T | | | | | |
| 220. Powershares Golden Dragon Halter USX China Portfolio (X) | A | Dividend | J | T | Buy | 4/28 | J | | |
| 221. -- | | | | | Buy (add'l) | 10/29 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -- | | | | | Buy (add'l) | 12/5 | J | | |
| 223. -- | | | | | Sold (part) | 9/22 | J | | |
| 224. Royce Micro Cap Trust | A | Dividend | K | T | Buy | 1/18 | J | | |
| 225. -- | | | | | Buy (add'l) | 12/8 | J | | |
| 226. Royce Focus Trust, Inc. | A | Dividend | J | T | Buy | 3/6 | K | | |
| 227. -- | | | | | Buy (add'l) | 12/4 | J | | |
| 228. -- | | | | | Buy (add'l) | 12/8 | J | | |
| 229. Select Sector SPDR Utilities | A | Dividend | K | T | Buy | 3/25 | K | | |
| 230. -- | | | | | Buy (add'l) | 3/31 | J | | |
| 231. -- | | | | | Sold (part) | 12/4 | J | | |
| 232. Select Sector SPDR TRX Financial | | None | | | Buy | 7/31 | K | | |
| 233. -- | | | | | Buy (add'l) | 8/27 | J | | |
| 234. -- | | | | | Sold | 9/22 | K | | |
| 235. Sun America Focused Alpha Large Cap Fund | | None | | | Sold | 1/16 | K | | |
| 236. -- | | | | | Buy | 5/24 | K | | |
| 237. Templeton Dragon Fund | | None | K | T | Buy | 9/22 | K | | |
| 238. Vanguard Growth Fund ETF | A | Dividend | | | Buy | 8/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239.  -- | | | | | Buy (add'l) | 8/22 | J | | |
| 240.  -- | | | | | Buy (add'l) | 8/25 | J | | |
| 241.  -- | | | | | Sold | 12/4 | K | | |
| 242.  Lines 243 to 248 report MUTUAL FUNDS | | | | | | | | | |
| 243.  Davis NY Venture Fund Class C | A | Dividend | K | T | Buy | 10/29 | J | | |
| 244.  -- | | | | | Buy (add'l) | 12/5 | K | | |
| 245.  Europacific Growth Fund Class A | C | Distribution | K | T | | | | | |
| 246.  Legg Mason Opportunity Trust | C | Distribution | K | T | | | | | |
| 247.  Legg Mason Value Trust | C | Distribution | J | T | | | | | |
| 248.  T Rowe Price Growth Fund | A | Distribution | J | T | Buy | 4/15 | J | | |
| 249.  Rental Property--Eastham, MA (X) | D | Rent | P1 | W | | | | | |
| 250.  Trust No. 1 | E | Distribution | P1 | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Davis, Andre M. | 06/15/2009 |

## IX. CERTIFICATION.

   I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

   I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544